**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-1098**

_____

IMANI CREECH,

          Plaintiff - Appellant,

    v.

LANE & ASSOCIATES,

          Defendant - Appellee.

_____

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  William L. Osteen, Jr., District Judge.  (1:22-cv-00852-WO-JLW)

_____

Submitted:  October 16, 2025                        Decided:  October 20, 2025

_____

Before KING, AGEE, and RICHARDSON, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Imani Creech, Appellant Pro Se.  Jeremy A. Stephenson, LEWIS BRISBOIS BISGAARD & SMITH PLLC, Charlotte, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Imani Creech appeals the district court's order granting Defendant summary judgment on Creech's discrimination and failure-to-accommodate claims, brought pursuant to the American with Disabilities Act, 42 U.S.C. §§ 12101 to 12213. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Creech v. Lane & Assocs.*, No. 1:22-cv-00852-WO-JLW (M.D.N.C. Dec. 30, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
